# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2093. JOHN THOMAS WOODS v. THE STATE**

Upon consideration of the appellant's motion to transfer this appeal to the Supreme Court of Georgia, the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  08/06/2020*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
......................................................................................, *Clerk.*